**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

**In Re:**

**STRAWBERRY FARMS, LLC**                    **CHAPTER 11 (INVOLUNTARY)**

                                             **CASE NO. 10-24278**


**WITHDRAWAL OF INVOLUNTARY PETITION**

Pursuant to agreement of the parties to this case at hearing on January 20, 2011, the

undersigned as counsel to the petitioning creditor does hereby withdraw said Involuntary

Petition.

It was further agreed that there shall be no action taken against the Petitioners by the

parties objecting to this petition as a result of this withdrawal.

                    ABCO REALTY, LLC

            By     /s/ Mark E. Block
                    Mark E. Block, Fed Bar # ct06557
                    Block, Janney & Pascal, LLC
                    138 Main Street
                    Norwich, CT 06360
                    Telephone: 860-889-3855
                    Fax: 860-886-6352
                    Email: mblock@bjplawyers.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of January, 2011, in accordance with

Rules 7004(a), 9014 F.R.Bankr,P., I served the foregoing Withdrawal of Involuntary Petition via

Notice of Electronic Filing to parties or counsel who are registered filers and first class mail

postage prepaid to all other parties.


By    /s/ Mark E. Block
Mark E. Block, Fed Bar # ct06557